PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John DeChiara  Cr.: 10CR698-1
PACTS #: 57699

Name of Sentencing Judicial Officer: Susan D. Wigenton

Date of Original Sentence: 5/10/12

Original Offense: Conspiracy to Distribute Oxycodone in violation of Title 21 U.S.C. § 846

Original Sentence: 5 years

Type of Supervision: Probation  Date Supervision Commenced: 5/10/12

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 13, 2012, the undersigned officer conducted an unannounced home visit at the offender's residence and administered a urinalysis which tested positive for Cocaine. On this same date, the offender admitted snorting cocaine on 8/10/12. |

U.S. Probation Officer Action:

During an adjustment session with the offender on August 13, 2012, in the presence of his parents, Vincent and Catherine, DeChiara was verbally reprimanded for his illegal use of cocaine. He was referred to The Open Door in New Brunswick, New Jersey, for outpatient substance abuse testing and treatment. DeChiara admitted abusing cocaine on August 10, 2012, and stated he obtained the illegal narcotic from an old friend. The undersigned officer reviewed all standard and special conditions of supervised release with the offender and reinforced the importance of remaining drug-free and abiding by the conditions of supervised release as set forth by the Court. At this time, we request that no Court action be taken. The undersigned officer will closely monitor the offender to ensure he complies with drug treatment and testing, as well as, all other conditions of supervised release. The undersigned will also randomly test the offender during unannounced home and community visits to ensure he is remaining drug-free. Should he fail to comply, our office will notify the Court immediately.

Respectfully submitted,

By: Elizabeth A. Villa
Senior U.S. Probation Officer
Date: 8/21/12

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

September 4, 2012
_____
Date